**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-38000 | JSB | Judge: | Janet S. Baer | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MITAR GOLUBOVIC | | | | Date Filed (f) or Converted (c): | 12/01/2016 (f) |
| | | | | | 341(a) Meeting Date: | 01/03/2017 |
| For Period Ending: | 03/31/2017 | | | | Claims Bar Date: | 06/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 Bmw 6 Mileage: 60,000 Some Minor Cosmetic Damage | 50,949.00 | 0.00 | | 0.00 | 0.00 |
| 2. 2005 Volvo 580 Approximately 1.2 Million Miles. Due For En | 6,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Shirts, Shoes, Pants And Various Items Of Clothing. | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4. Cash | 120.00 | 0.00 | | 0.00 | 0.00 |
| 5. Chase Bank | 150.00 | 0.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $57,419.00 | $0.00 | | $0.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 22, 2017:  Siezed Volvo Class 8 truck on 3/24/17, and it is in Schmitt's Truck Repair's yard.  I will put it up for sale, and should recover between $15,000 and $25,000.

Initial Projected Date of Final Report (TFR): 12/31/2017    Current Projected Date of Final Report (TFR): 12/31/2017

| Trustee Signature: | /s/ RONALD R. PETERSON | Date: 04/27/2017 |
| --- | --- | --- |
| | RONALD R. PETERSON | |
| | JENNER & BLOCK LLP | |
| | 353 N. CLARK STREET | |
| | 38TH FLOOR | |
| | CHICAGO, IL  60654-3456 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-38000  
Case Name: MITAR GOLUBOVIC  

Trustee Name: RONALD R. PETERSON  
Bank Name:  
Account Number/CD#:  

Taxpayer ID No:  
For Period Ending: 03/31/2017  

Blanket Bond (per case limit): $54,824,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Bank Accounts | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00    $0.00

|  | TOTAL OF ALL ACCOUNTS | | |
|---|---|---|---|
|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| - | $0.00 | $0.00 | $0.00 |
|  | $0.00 | $0.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $0.00 |
| Total Gross Receipts: | $0.00 |

Trustee Signature:   /s/ RONALD R. PETERSON   Date: 04/27/2017

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456

Page Subtotals:   $0.00   $0.00