**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MITAR GOLUBOVIC | § | Case No. 16-38000 |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/11/2018 in Courtroom 615,
        UNITED STATES BANKRUPTCY COURT
        219 S. Dearborn St.
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/06/2018                By: /s/ Ronald R. Peterson
                                                                       Trustee

*RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
MITAR GOLUBOVIC § Case No. 16-38000
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 10.00 |
| leaving a balance on hand of[1] | $ | 7,990.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,550.00 |
| Remaining Balance | | | $ 6,440.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 10,200.12 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Internal Revenue Service | $ 10,200.12 | $ 0.00 | $ 6,440.00 |
| | Total to be paid to priority creditors | | | $ 6,440.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,491.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | $ 7,199.92 | $ 0.00 | $ 0.00 |
| 2-1 | Internal Revenue Service | $ 3,873.53 | $ 0.00 | $ 0.00 |
| 3 | American Express Centurion Bank | $ 1,073.46 | $ 0.00 | $ 0.00 |
| 4 | Midland Funding, Llc | $ 14,452.86 | $ 0.00 | $ 0.00 |
| 5 | American Express Centurion Bank | $ 76,891.61 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Ronald R. Peterson
Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| MITAR GOLUBOVIC, | ) CASE NO. 16-38000 |
| | ) |
| Debtor. | ) Honorable Janet S. Baer |
| | ) |
| | ) Hearing: September 11, 2018 |
| | )            10:00 a.m. |

**CERTIFICATE OF SERVICE**

     I, Ronald R. Peterson, an attorney, certify that on Monday, August 6, 2018, I caused a copy of the foregoing **Notice Of Trustee's Final Report And Applications For Compensation And Deadline To Object (NFR)** to be served upon each of the parties listed on the attached Service List via electronic mail through the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.

                                                                                 /s/  *Ronald R. Peterson*
                                                                                    Ronald R. Peterson

## SERVICE LIST

*In re Mitar Golubovic*
Case No. 16-38000

**By ECF Notification**:

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- Dennis M Sbertoli    dsbert4978@aol.com

**By U.S. Mail**:

Ally
P.O. Box 380901
Bloomington, MN  55438-0901

American Express
P.O. Box 297871
Fort Lauderdale, FL  33329-7871

Blitt & Gaines
661 Glenn Avenue
Wheeling, IL  60090-6017

Chase/Visa
P.O. Box 15548
Wilmington, DE  19850

Citibank
P.O. Box 790034
St. Louis, MO  63179-0034

Midland Funding, LLC
Midland Credit Management, Inc., as agent
 for Midland Funding, LLC
P.O. Box 2011
Warren, MI  48090-2011

American Express
2965 West Corporate Lakes Boulevard
Weston, FL  33331-3626

American Express Centurion Bank
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA  19355-0701

Chase
Attn:  Bankruptcy Department
77 Huber Village Boulevard
Westerville, OH  43801

Citibank /Best Buy
Attn: Centralized Bankruptcy
P.O. Box 205
Kansas City, MO  64195

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

One Nevada
2645 South Mojave Road
Las Vegas, NV  89121-1238

| | |
|---|---|
| PYOD, LLC its successors and assigns<br> as assignee of Citibank, N.A.<br>Resurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC  29602-9008 | Rivers Casino<br>3000 South River Road<br>Des Plaines, IL  60018-4201 |
| Unlimited Freight<br>7667 West 95th Street<br>Hickory Hills, IL  60457-2271 | Dennis M Sbertoli<br>Sbertoli Law Office<br>P.O. Box 1482<br>La Grange Park, IL  60526-9582 |
| Mitar Golubovic<br>468 West Melrose Street<br>Apartment 553<br>Chicago, IL  60657-3832 | Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 South Dearborn Street<br>Room 873<br>Chicago, IL  60604-2027 |

2