# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MITAR GOLUBOVIC | § | Case No. 16-38000 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 51,419.00                Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  6,440.00          Claims Discharged
                                                     Without Payment:  291,716.41


Total Expenses of Administration:  1,560.00

---

   3) Total gross receipts of $ 8,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 42,102.91 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,560.00 | 1,560.00 | 1,560.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 10,200.12 | 10,200.12 | 6,440.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 142,362.00 | 103,491.38 | 103,491.38 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 184,464.91 | $ 115,251.50 | $ 115,251.50 | $ 8,000.00 |

4) This case was originally filed under chapter 7 on 12/01/2016 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/01/2018            By:/s/RONALD R. PETERSON
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Volvo 580  Approximately 1.2 Million Miles.  Due For En | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally, PO Box 380901, Bloomington, MN 55438 | | 42,102.91 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 42,102.91** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| Associated Bank | 2600-000 | NA | 10.00 | 10.00 | 10.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,560.00 | $ 1,560.00 | $ 1,560.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 | | 0.00 | NA | NA | 0.00 |
| 2 | Internal Revenue Service | 5800-000 | NA | 10,200.12 | 10,200.12 | 6,440.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 10,200.12 | $ 10,200.12 | $ 6,440.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express, 2965 W Corporate Lakes Blvd, Weston, FL 33331-3626 | | 0.00 | NA | NA | 0.00 |
| | American Express, PO Box 297871, Fort Lauderdale, FL 33329 | | 76,891.00 | NA | NA | 0.00 |
| | Chase, Attention: Bankruptcy Department, 800 Brooksedge Blvd, Westerville, OH 43801 | | 5,774.00 | NA | NA | 0.00 |
| | Chase/Visa, PO Box 15548, Wilmington, DE 19850 | | 7,054.00 | NA | NA | 0.00 |
| | Citibank / Best Buy, Attn: Centralized Bankruptcy, PO Box 20507, Kansas, Missouri 64195 | | 0.00 | NA | NA | 0.00 |
| | Citicorp Credit, Attn: Centralized Bankruptcy, PO Box 20363, Kansas City, MO 64195 | | 7,199.00 | NA | NA | 0.00 |
| | One Nevada, 2645 S Mojave Road, Las Vegas, NV 89121-1238 | | 5,444.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rivers Casino, 3000 S river Road, DesPlaines, IL 60018 | | 40,000.00 | NA | NA | 0.00 |
| 3 | American Express Centurion Bank | 7100-000 | NA | 1,073.46 | 1,073.46 | 0.00 |
| 5 | American Express Centurion Bank | 7100-000 | NA | 76,891.61 | 76,891.61 | 0.00 |
| 2-1 | Internal Revenue Service | 7100-000 | NA | 3,873.53 | 3,873.53 | 0.00 |
| 4 | Midland Funding, Llc | 7100-000 | NA | 14,452.86 | 14,452.86 | 0.00 |
| 1 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 7,199.92 | 7,199.92 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 142,362.00 | $ 103,491.38 | $ 103,491.38 | $ 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 16-38000 | JSB | Judge: | Janet S. Baer | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|---|
| Case Name: | MITAR GOLUBOVIC | | | | Date Filed (f) or Converted (c): | 12/01/2016 (f) |
| | | | | | 341(a) Meeting Date: | 01/03/2017 |
| For Period Ending: | 10/01/2018 | | | | Claims Bar Date: | 06/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2012 Bmw 6 Mileage: 60,000 Some Minor Cosmetic Damage | 50,949.00 | 0.00 | | 0.00 | FA |
| 2. 2005 Volvo 580  Approximately 1.2 Million Miles.  Due For En | 6,000.00 | 0.00 | | 8,000.00 | FA |
| 3. Shirts, Shoes, Pants And Various Items Of Clothing. | 200.00 | 0.00 | | 0.00 | FA |
| 4. Cash | 120.00 | 0.00 | | 0.00 | FA |
| 5. Chase Bank | 150.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $57,419.00   $0.00   $8,000.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 8, 2018: The truck recently sold. I will now prepare the case for closing.

April 22, 2017:   Siezed Volvo Class 8 truck on 3/24/17, and it is in Schmitt's Truck Repair's yard.  I will put it up for sale, and should recover between $15,000 and $25,000.

Initial Projected Date of Final Report (TFR): 12/31/2017      Current Projected Date of Final Report (TFR): 08/31/2018

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-38000 | Trustee Name: RONALD R. PETERSON |
| Case Name: MITAR GOLUBOVIC | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9016 |
| | Checking |
| Taxpayer ID No: XX-XXX7460 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/01/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/06/18 | 2 | Schmitts<br>2000 Elmhurst Road<br>Elk Grove Village, Il 60007 | Truck Storage and Recovery Sale of Volvo Schmitt's gets back 10000 | 1129-000 | $8,000.00 | | $8,000.00 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,990.00 |
| 09/12/18 | 1001 | RONALD R. PETERSON<br>JENNER & BLOCK LLP<br>CHICAGO, IL 60654-3456 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,550.00 | $6,440.00 |
| 09/12/18 | 1002 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pennsylvania 19101-7346 | Final distribution to claim 2 representing a payment of 63.14 % per court order. | 5800-000 | | $6,440.00 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $8,000.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $8,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*    Page Subtotals: $8,000.00    $8,000.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9016 - Checking | $8,000.00 | $8,000.00 | $0.00 |
|  | $8,000.00 | $8,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $8,000.00 |
| Total Gross Receipts: | $8,000.00 |

Page Subtotals:   $0.00   $0.00